

# THE THIRTEENTH COURT OF APPEALS

13-12-00504-CV

JOHN JAMES HARKINS, ET AL.
v.
NORTH SHORE ENERGY, L. L. C.

On Appeal from the
267th District Court of Goliad County, Texas
Trial Cause No. 10-08-9635-CV

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED AS MODIFIED. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

December 12, 2013